Fill in this information to identify your case:

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
## Voluntary Petition for Individuals Filing for Bankruptcy                                12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kevin**<br>First name<br>**John**<br>Middle name<br>**Dietrich**<br>Last name<br><br>Suffix (Sr., Jr., II, III) | **Denise**<br>First name<br>**Lynn**<br>Middle name<br>**Dietrich**<br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>**PRIDE Healthcare Services**<br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **4  8  5  3**<br>OR<br>9xx - xx - ___ ___ ___ ___ | xxx - xx - **0  1  7  9**<br>OR<br>9xx - xx - ___ ___ ___ ___ |

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Kevin** | **John** | **Dietrich** | | |
| Debtor 2 | **Denise** | **Lynn** | **Dietrich** | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | | |

|   | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | <u>7</u> <u>6</u> - <u>0</u> <u>6</u> <u>0</u> <u>7</u> <u>3</u> <u>2</u> <u>4</u><br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |
| 5. | **Where you live** | <u>31 Enchanted Woods Drive</u><br>Number     Street<br><br>_____<br><br><u>Kingwood, TX 77339</u><br>City            State  ZIP Code<br><br><u>Harris</u><br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number     Street<br><br>_____<br>P.O. Box<br><br>_____<br>City            State  ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City            State  ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number     Street<br><br>_____<br>P.O. Box<br><br>_____<br>City            State  ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>  (See 28 U.S.C. § 1408)<br>  _____<br>  _____<br>  _____<br>  _____ | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>  (See 28 U.S.C. § 1408)<br>  _____<br>  _____<br>  _____<br>  _____ |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kevin** | **John** | **Dietrich** | |
| Debtor 2 | **Denise** | **Lynn** | **Dietrich** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ | When _____ MM / DD / YYYY | Case number _____ |
| District | _____ | When _____ MM / DD / YYYY | Case number _____ |
| District | _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No.
- ☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | | Relationship to you _____ |
| District | _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor | _____ | | Relationship to you _____ |
| District | _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11. Do you rent your residence?**

- ☑ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kevin** | **John** | **Dietrich** | |
| Debtor 2 | **Denise** | **Lynn** | **Dietrich** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

❏ No. Go to Part 4.

☑ Yes. Name and location of business

__PRIDE Healthcare Services_____
Name of business, if any

_____
Number       Street

_____

_____  _____  _____
City                      State    ZIP Code

*Check the appropriate box to describe your business:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

❏ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

❏ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

❏ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kevin** | **John** | **Dietrich** | |
| Debtor 2 | **Denise** | **Lynn** | **Dietrich** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number   Street

_____
City                State   ZIP Code

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **John** | **Dietrich** |
| Debtor 2 | **Denise** | **Lynn** | **Dietrich** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

# Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kevin** | **John** | **Dietrich** | |
| Debtor 2 | **Denise** | **Lynn** | **Dietrich** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.   I am not filing under Chapter 7. Go to line 18.
☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☐ No
  ☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Kevin John Dietrich**
Kevin John Dietrich, Debtor 1
Executed on **12/04/2023**
MM/ DD/ YYYY

X **/s/ Denise Lynn Dietrich**
Denise Lynn Dietrich, Debtor 2
Executed on **12/04/2023**
MM/ DD/ YYYY

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kevin** | **John** | **Dietrich** | |
| Debtor 2 | **Denise** | **Lynn** | **Dietrich** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ Susan Tran Adams**                            Date **12/04/2023**
Signature of Attorney for Debtor                                 MM / DD / YYYY

**Susan Tran Adams**
Printed name

**TRAN SINGH, LLP**
Firm name

**2502 La Branch St.**
Number        Street

_____

**Houston**                                                **TX**      **77004**
City                                                        State    ZIP Code

Contact phone **(832) 975-7300**          Email address **stran@ts-llp.com**

**24075648**                                               **TX**
Bar number                                                  State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**  Dietrich, Kevin John

　　　　Dietrich, Denise Lynn　　　　　　　　　　　　　Case No. _____

**Debtor**　　　　　　　　　　　　　　　　　　　　　　Chapter _____13_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................　$5,600.00

   Prior to the filing of this statement I have received .....................................................................　$4,000.00

   Balance Due ..................................................................................................................................　$1,600.00

2. The source of the compensation paid to me was:

   ☑ Debtor　　　　　☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor　　　　　☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

A. Representation of the Debtor in any state law matter.
B. Research or location and determination of debts, judgments or liens against the Client or his/her property.
C. Representation in any adversary hearing or response filed thereto, including but not limited to, motions to lift the automatic stay, motions to dismiss the bankruptcy, motions to modify, motions to convert the bankruptcy from one chapter to another (except those items specifically listed in Section A titled "Services to be Provided").
D. Representation in any contested matter, subject of which is extraordinary in the context of chapter 13 cases in the United States Bankruptcy Court for the Southern District of Texas.
E. Representation in any matter in which the Court orders fee shifting pursuant to which fees are to be paid by a person other than the Debtor.
F. Except as specifically described in Section A titled "Services to be Provided," representation on matters for which the first hearing is set more than 120 days following confirmation.
G. Motions applicable to removing non-purchase money liens, accepting or rejecting leases or any other motion more than 120 days following confirmation.
H. Post-petition complaints or hearing of any adversarial nature.
I. Any phone calls, letters, legal research, work correspondence, or any other legal services required to amend or revise the bankruptcy petition or schedules (except those services listed under a fixed fee agreement).
J. All hearings, depositions, or creditors' meetings (other than the first creditor's meeting and those items included in the fixed fee arrangement).
K. Removal of liens. Liens may remain after discharge to both personal and real property. A court filing, motion and hearing may be required in both bankruptcy court and state court. Client is hereby advised that the fixed fee arrangement does not cover the cost of removing any personal or real property liens which are not automatically removed by the discharge. Liens attach to both personal and real property and a bankruptcy filing does not automatically remove liens. Liens generally remain on the property even though a bankruptcy has been filed. A separate action and filing is generally required to remove any personal or real property liens that may exist and must be filed with the bankruptcy court and done prior to a discharge; there will be a separate charge and cost if client desires this work. Client is advised that a separate application and procedure and hearing may be required to remove any abstract of judgment liens which may be filed against the client notwithstanding the bankruptcy court discharge order that the client may receive. The Client may need to retain this attorney or another attorney after the bankruptcy is completed in order to remove abstract of judgment liens.
L. Any post-bankruptcy petition or discharge matters including but not limited to objections to discharge, filing applications to remove judgment liens on property.
M. Services required after the Debtor(s) make the final payment required under the chapter 13 plan to assist the Debtor(s) in obtaining a chapter 13 discharge, which is extraordinary.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/04/2023                                    /s/ Susan Tran Adams
*Date*                                         Susan Tran Adams
                                               *Signature of Attorney*
                                                                Bar Number: 24075648
                                                                TRAN SINGH, LLP
                                                                2502 La Branch St.
                                                                Houston, TX 77004
                                                                Phone: (832) 975-7300

                                               TRAN SINGH, LLP
                                               *Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **Dietrich, Kevin John**  CASE NO
       **Dietrich, Denise Lynn**

CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____12/04/2023_____  Signature _____ /s/ Kevin John Dietrich _____
                                                            Kevin John Dietrich, Debtor

Date _____12/04/2023_____  Signature _____ /s/ Denise Lynn Dietrich _____
                                                            Denise Lynn Dietrich, Joint Debtor

Aidvantage
PO Box 4450
Portland, OR 97208-4450

Ally Financial, Inc
Attn: Bankruptcy 500 Woodard Ave
Detroit, MI 48226

BMW Financial Services
Attn: Bankruptcy
PO Box 3608
Dublin, OH 43016-0306

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Cbna
Attn: Centralized BankruptcyDept
PO Box 790034
St Louis, MO 63179-0034

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Chase Mortgage
Chase Records Center/Attn:
Correspondence Center Mail Code LA4
5555 700 Kansas Ln
Monroe, LA 71203

Citibank/Exxon Mobile
Attn: Bankruptcy
PO Box 790034
St Louis, MO 63179

Comenity Bank/Gordmans
Attn: Bankruptcy
PO Box 18215
Columbus, OH 43218

Comenity Bank/Lane Bryant
Attn: Bankruptcy
PO Box 18215
Columbus, OH 43218

Comenity Bank/Pier 1
Attn: Bankruptcy
PO Box 182125Columbus
Columbus, OH 43218

Comenity Bank/Pottery Barn
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank/Torrid
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bk/Ulta
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218

Comenity Capital/Acadmy
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Capital/BBBmc
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193

Deer Ridge Estates
c/o Kingwood Association Management
1075 Kingwood Drive #100
Kingwood, TX 77339

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

DSRM Nat Bank/Valero
Attn: Bankruptcy
PO Box 696000
San Antonio, TX 78260

Fnb Omaha
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103

FreedomPlus
Attn: Bankruptcy
PO Box 2340
Phoenix, AZ 85002-2340

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176-0379

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Marcus by Goldman Sachs
Attn: Bankruptcy
PO Box 45400
Salt Lake City, UT 84145-0400

Mercury/FBT
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908

Richard Rawson
c/o BoyarMiller
2925 Richmond Avenue 14th Floor
Houston, TX 77098

Santander Consumer USA Inc.
Attn: Bankruptcy
PO Box 961245
Fort Worth, TX 76161-1245

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Specialized Loan Servicing LLC
Attn: Bankruptcy
P.O. Box 630147
Littleton, CO 80163-0147

Syncb/At Home CC
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank
140 Wekiva Springs Road
Longwood, FL 32779


Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5060


Synchrony Bank/Chevron
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060


Synchrony Bank/Gap
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5030


Synchrony Bank/JCPenney
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064


Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Sams
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Synchrony Bank/TJX
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Target
c/o Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Teaswood CIA
3500 W. Davis Suite 190
Conroe, TX 77304

Toyota Financial Services
Attn: Bankruptcy
PO Box 8026
Cedar Rapids, IA 52409-8026

TRAN SINGH, LLP
2502 La Branch St.
Houston, TX 77004

United Wholesale Mortgage
Attn: Bankruptcy 585 South Boulevard East
Pontiac, MI 48341

Walmart Credit Services/Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Wfhm
Po Box 10335
Des Moines, IA 50306

World Omni Financial Corp
Attn: Bankruptcy 250 Jim Moran Blvd
Deerfield Beach, FL 33442